## WAGER.

### YATES *v.* FOOT, 12 J. R. 1.
In S. Ct. 11 J. R. 23.

*Wager ; Pleading.*

THIS was an action against the stakeholder of a bet made upon the result of a state election.

The Supreme Court held that the wager was illegal, as contrary to public policy, and the loser might recover back his deposit from the stakeholder.

The Court of Errors held that the wager was illegal, but that no action lay by the loser to recover back his deposit from the stakeholder, all parties being in *pari delicto*, though the loser had given the stakeholder notice not to pay the money to the winner; and accordingly *reversed* the judgment.

☞ A question was raised as to the suit being brought by the proper party, the stakeholder having received the money from an agent, and knowing nothing of the principal. But the Court of Errors held, that if the action could be sustained, it was well enough brought by the principal, on whose account the wager had been deposited.